UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DERRICK TYRONE GRANTLEY
(DC#198328),

    Plaintiff,

v.                                Case No.: 3:16-cv-1147-J-32PDB

BRIAN S. STARLING, AUSTIN MERRITT,
BRYAN K. ALLEN, JOHN PALMER,
DENNIS BLANDO, TOM REIMERS,
S. CRAWFORD, E. PEREZ, AND
T. BOWDEN,

    Defendants.
_____/

## DEFENDANTS' MOTION TO DEPOSE PLAINTIFF DERRICK TYRONE GRANTLEY, (DC#198328)

**COMES NOW**, Defendants Brian S. Starling, Austin Merritt and Bryan K. Allen (hereinafter "Defendants") by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 30(a)(2)(b), and hereby move this Honorable Court for leave to depose Plaintiff Derrick Tyrone Grantley (DC#198328), an incarcerated person, in this matter. In support hereof, Defendants state as follows:

### MEMORANDUM OF LAW

Federal Rule of Civil Procedure 30(a)(2) provides, in pertinent part: "[A] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . (B) if the deponent is confined in prison."

1. Plaintiff Derrick Tyrone Grantley (DC#198328) is incarcerated at Florida State Prison, 7819 NW 228th Street, Raiford, FL 32026.

2. Defendants submit that it may become necessary to take the deposition of Plaintiff in preparing a defense to Plaintiff's claims.

3. Local Rule 3.01(g) – Pursuant to Local Rule 3.01(g), the undersigned counsel has conferred with Plaintiff's counsel, who advised there is no objection to the relief sought herein.

**WHEREFORE**, Defendants respectfully request leave of court to depose Plaintiff, Derrick Tyrone Grantley (DC#198328).

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ Shelley Cridlin
Shelley Cridlin
Assistant Attorney General
Office of the Attorney General
501 East Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
(813) 233-2880 (813) 233-2886 (fax)
Shelley.Cridlin@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notice of electronic filing to those persons capable of receiving such notice of electronic filing.

/s/ Shelley Cridlin
Shelley Cridlin