UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DERRICK TYRONE GRANTLEY,

    Plaintiff,

v.    Case No. 3:16-cv-1147-32PDB

BRIAN S. STARLING et al.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. 114), this case is **DISMISSED with prejudice**. The **Clerk** shall enter judgment dismissing this case with prejudice. The file shall remain closed.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of May, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

caw 5/3
c:
Counsel of Record